WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELENA ESPINO, Trustee of the Rommel and Elena Espino Trust,<br><br>    Plaintiffs,<br><br>vs.<br><br>STATEBRIDGE COMPANY LLC, a Colorado Limited Liability Company; WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I; SABLES LLC, a Nevada Limited Liability Company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida Limited Liability Company; US BANK NATIONAL ASSOCIATION, a National Banking Association, AND DEFENDANT DOES 1-100 AND ROES 3-10,<br><br>    Defendants. | Case No.:   2:24-cv-02347-CDS-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON DISPOSITIVE MOTION [ECF 6]** |

Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I (collectively "Removing Defendants"), Defendant Sables LLC ("Sables"), and Plaintiff, Elena Espino ("Plaintiff" and with Sables and

Removing Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on December 16, 2024, Removing Defendants removed Plaintiff's First Amended Complaint to this Court [ECF No. 1];

**WHEREAS**, on December 23, 2024, Removing Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 6];

**WHEREAS**, the Motion to Dismiss is fully briefed as of January 13, 2025, when Removing Defendants filed their Reply in Support of the Motion [ECF No. 15].

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on the pending motion [ECF No. 6];
2. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions;
3. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation;
4. By entering into this Stipulation, none of the Parties is waiving its right to subsequently move the Court for an order lifting the stay in this action; and

///
///
///
///
///
///
///
///
///

5. In the event the motion is denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 4th day of March, 2025.

| WRIGHT, FINLAY & ZAK, LLP | HOMEOWNER RELIEF LAWYERS |
|---|---|
| /s/ Stephanie A. Garabedian, Esq. | /s/ Daniel R.C. De Luca, Esq. |
| Stephanie Garabedian, Esq. | Dale K. Kleven, Esq. |
| Nevada Bar No. 9612 | Nevada Bar No. 7778 |
| 8337 W. Sunset Rd., Suite 220 | Daniel R.C. De Luca, Esq. |
| Las Vegas, NV 89113 | Nevada Bar No. 15900 |
| *Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I* | 7455 W. Azure Drive, Suite 130 |
| | Las Vegas, NV 89130 |
| | *Attorneys for Plaintiff, Elena Espino* |

ZBS LAW, LLP

/s/ J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148
*Attorney for Defendant, Sables, LLC*

The Court finds that the parties have demonstrated good cause to stay discovery. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324, (D. Nev. Oct. 14, 2021). So the Court GRANTS their stipulation.

DATED this 11th day of April 2025.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE