WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELENA ESPINO, Trustee of the Rommel and Elena Espino Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>STATEBRIDGE COMPANY LLC, a Colorado Limited Liability Company; WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; SABLES LLC, a Nevada Limited Liability Company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida Limited Liability Company; US BANK NATIONAL ASSOCIATION, a National Banking Association, AND DEFENDANT DOES 1-100 and ROES 3-100,<br><br>Defendants. | Case No.: 2:24-cv-02347-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>**(First Request)** |

Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I (collectively "Defendants"), and Plaintiff, Elena Espino ("Plaintiff" and with Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's Second Amended Complaint [ECF No. 20] ("SAC") was filed on October 3, 2025.

2. Under Fed. R. Civ. P. 15(a)(3), Defendants have 14 days from service of Plaintiff's SAC to file their responsive pleading, which is October 17, 2025.

3. Defendants request a twenty-one (21) day extension of time to November 7, 2025, to file their responsive pleading. The extension is requested to afford Defendants' counsel additional time to review Plaintiff's SAC and discuss a strategy with representatives for Defendants.

4. Counsel for Plaintiff does not oppose the requested extension.

5. This is the Parties' first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 15th day of October, 2025.

| WRIGHT, FINLAY & ZAK, LLP | HOMEOWNER RELIEF LAWYERS |
|---|---|
| */s/ Stephanie A. Garabedian, Esq.* | */s/ Dale K. Kleven, Esq.* |
| Stephanie Garabedian, Esq. | Dale K. Kleven, Esq. |
| Nevada Bar No. 9612 | Nevada Bar No. 7778 |
| 8337 W. Sunset Rd., Suite 220 | 7455 W. Azure Drive, Suite 130 |
| Las Vegas, NV 89113 | Las Vegas, NV 89130 |
| *Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I* | *Attorneys for Plaintiff, Elena Espino* |

**IT IS SO ORDERED.**

DATED: 10/16/2025

_____
UNITED STATES MAGISTRATE JUDGE