WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELENA ESPINO, Trustee of the Rommel and Elena Espino Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>STATEBRIDGE COMPANY LLC, a Colorado Limited Liability Company; WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I; SABLES LLC, a Nevada Limited Liability Company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida Limited Liability Company; US BANK NATIONAL ASSOCIATION, a National Banking Association, AND DEFENDANT DOES 1-100 AND ROES 3-10,<br><br>Defendants. | Case No.: 2:24-cv-02347-CDS-DJA<br><br>**STIPULATION AND ORDER TO STAY DISCOVERY PENDING RULING ON FORTHCOMING MOTION TO DISMISS** |

Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I (collectively "Defendants"), Defendant Sables LLC ("Sables"), and Plaintiff, Elena Espino ("Plaintiff" and with Sables and Defendants, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

**WHEREAS**, on December 16, 2024, Removing Defendants removed Plaintiff's First Amended Complaint to this Court [ECF No. 1];

**WHEREAS**, on December 23, 2024, Removing Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint [ECF No. 6];

**WHEREAS**, on March 4, 2025, the Parties stipulated to stay discovery pending a ruling on Removing Defendants' Motion to Dismiss [ECF No. 17];

**WHEREAS**, on September 17, 2025, the Court entered an Order Granting Removing Defendants' Motion to Dismiss [ECF No. 19];

**WHEREAS**, on October 3, 2025, Plaintiff filed her Second Amended Complaint [ECF No. 20];

**WHEREAS**, on October 15, 2025, Plaintiff and Defendants stipulated to extend the time for Removing Defendants to respond to the Second Amended Complaint to November 7, 2025 [ECF No. 21];

**WHEREAS**, on October 21, 2025, the Court entered a Minute Order requiring the Parties to file a Stipulated Discovery Plan by November 4, 2025 [ECF No. 23]; and

**WHEREAS**, although it has not been filed yet, Defendants plan to file a Motion to Dismiss Plaintiff's Second Amended Complaint on or before November 7, 2025.

**NOW THEREFORE**, the Parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. In the interests of judicial economy, the Parties stipulate and agree that discovery in this case shall be **STAYED** pending the Court's decision on Defendants' forthcoming Motion to Dismiss Plaintiff's Second Amended Complaint;
2. Nothing contained in this stipulation will affect any pending dispositive motions or prevent the Parties from filing any dispositive motions;
3. Each of the Parties may request a further Fed R. Civ. P. 26(f) conference at any time 180 days after the order granting this Stipulation;
4. By entering into this Stipulation, none of the parties are waiving their right to subsequently move the Court for an order lifting the stay in this action; and

5. In the event the forthcoming Motion to Dismiss is denied, the Parties will submit a proposed discovery plan within thirty (30) days of the Court's Order.

**IT IS SO STIPULATED.**

DATED this 4th day of November, 2025.

| WRIGHT, FINLAY & ZAK, LLP | HOMEOWNER RELIEF LAWYERS |
|---|---|
| /s/ Stephanie A. Garabedian, Esq. | /s/ Dale K. Kleven, Esq. |
| Stephanie Garabedian, Esq. | Dale K. Kleven, Esq. |
| Nevada Bar No. 9612 | Nevada Bar No. 7778 |
| 8337 W. Sunset Rd., Suite 220 | 7455 W. Azure Drive, Suite 130 |
| Las Vegas, NV 89113 | Las Vegas, NV 89130 |
| *Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I* | *Attorneys for Plaintiff, Elena Espino* |

ZBS LAW, LLP

/s/ J. Stephen Dolembo, Esq.
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148
*Attorney for Defendant, Sables, LLC*

Having reviewed the parties' stipulation, the Court finds that they have demonstrated good cause to stay discovery pending the outcome of the forthcoming motion to dismiss. *See Schrader v. Wynn*, No. 2:19-cv-02159-JCM-BNW, 2021 WL 4810324 (D. Nev. Oct. 14, 2021). IT IS THEREFORE ORDERED that the stipulation (ECF No. 25) is GRANTED.

Dated this  5th  day of  November , 2025

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE