WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society,
FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ELENA ESPINO, Trustee of the Rommel and Elena Espino Trust,<br><br>      Plaintiffs<br><br>v.<br><br>STATEBRIDGE COMPANY LLC, a Colorado Limited Liability Company; WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; SABLES LLC, a Nevada Limited Liability Company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida Limited Liability Company; US BANK NATIONAL ASSOCIATION, a National Banking Association, AND DEFENDANT DOES 1-100 and ROES 3-100,<br><br>      Defendants | Case No.:  2:24-cv-02347-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR REPLY**<br><br>**(First Request)**<br><br>[ECF No. 30] |

   Removing Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I (collectively "Removing Defendants"), Defendant, Sables LLC ("Sables"), and Plaintiff, Elena Espino ("Plaintiff" and

referred to collectively with Removing Defendants and Sables as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's Second Amended Complaint [ECF No. 20] ("SAC") was filed on October 3, 2025;

2. Removing Defendants filed their Motion to Dismiss Plaintiff's SAC (the "Motion to Dismiss") on November 7, 2025 [ECF No. 27];

3. Sables filed a Joinder to the Motion to Dismiss on November 12, 2025 [ECF No. 28];

4. Plaintiff's Opposition to the Motion to Dismiss was filed on November 21, 2025 [ECF No. 29];

5. Under LR 7-2(b), the deadline to file a Reply in support of a Motion is seven days after service of the Response;

6. Due to the Thanksgiving holiday, the Parties have agreed to extend the deadline to file a Reply in Support of the Motion to Dismiss to December 8, 2025; and

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

7. This is the Parties' first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2025.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian, Esq.*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendants, Statebridge*
*Company LLC and Wilmington Savings*
*Fund Society, FSB, d/b/a Christiana Trust*
*as Trustee for PNPMS Trust I*

HOMEOWNER RELIEF LAWYERS

*/s/ Dale K. Kleven, Esq.*
Dale K. Kleven, Esq.
Nevada Bar No. 7778
7455 W. Azure Drive, Suite 130
Las Vegas, NV 89130
*Attorneys for Plaintiff, Elena Espino*

ZBS LAW, LLP

*/s/ J. Stephen Dolembo, Esq.*
J. Stephen Dolembo, Esq.
Nevada Bar No. 9795
9435 W. Russell Road, Suite 120
Las Vegas, Nevada 89148
*Attorney for Defendant, Sables, LLC*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: December 2, 2025