# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Elena Espino, | Case No. 2:24-cv-002347-CDS-DJA |
| Plaintiff | **Order Dismissing Defendants** |
| v. | |
| Mortgage Electronic Registration Systems Inc., Universal American Mortgage Company LLC, US Bank National Association, | |
| Defendants | |

The second amended complaint in this action was filed on October 3, 2025. ECF No. 20. On January 6, 2026, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to Mortgage Electronic Registration Systems, Inc., Universal American Mortgage Company, LLC, and US Bank National Association was filed by January 21, 2026, the court would enter an order of dismissal. ECF No. 33. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to Mortgage Electronic Registration Systems, Inc., Universal American Mortgage Company LLC, and US Bank National Association.

Dated: January 22, 2026

_____
Cristina D. Silva
United States District Judge