WRIGHT, FINLAY & ZAK, LLP
Christina V. Miller, Esq.
Nevada Bar No. 12448
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
(949) 477-5050; Fax: (702) 946-1345
cmiller@wrightlegal.net
sgarabedian@wrightlegal.net
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| ELENA ESPINO, Trustee of the Rommel and Elena Espino Trust,<br><br>Plaintiffs,<br><br>vs.<br><br>STATEBRIDGE COMPANY LLC, a Colorado Limited Liability Company; WILMINGTON SAVINGS FUND SOCIETY, FSB, D/B/A CHRISTIANA TRUST AS TRUSTEE FOR PNPMS TRUST I; SABLES LLC, a Nevada Limited Liability Company, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Foreign Corporation; UNIVERSAL AMERICAN MORTGAGE COMPANY, LLC, a Florida Limited Liability Company; US BANK NATIONAL ASSOCIATION, a National Banking Association, AND DEFENDANT DOES 1-100 and ROES 3-100,<br><br>Defendants. | Case No.: 2:24-cv-02347-CDS-DJA<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR ATTORNEYS' FEES AND COSTS AND RESPONSE TO PLAINTIFF'S OBJECTION TO BILL OF COSTS**<br><br>**(First Request)**<br><br>[ECF No. 40] |

Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I (collectively "Defendants"), and Plaintiff, Elena Espino ("Plaintiff" and referred to collectively with Defendants as the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. Plaintiff's Second Amended Complaint [ECF No. 20] ("SAC") was filed on October 3, 2025;
2. Moving Defendants filed their Motion to Dismiss Plaintiff's SAC (the "Motion to Dismiss") on November 7, 2025 [ECF No. 27];
3. On June 15, 2026, the Court entered an Order Granting in Part the Defendants' Motion to Dismiss and Granting Motion for Joinder [ECF No. 35];
4. On June 26, 2026, Defendants filed their Motion for Attorneys' Fees [ECF No. 36] and Bill of Costs [ECF No. 37];
5. On July 10, 2026, Plaintiff timely filed her Opposition to Defendants' Motion for Attorney's Fees [ECF No. 38] and Objection to Defendants' Bill of Costs [ECF No. 39];
6. Under LR 7-2(b), the deadline for Defendants to file their Reply in Support of the Motion for Attorney's Fees is July 17, 2026;
7. Under LR 54-1(c), the deadline for Defendants to file their Response to Plaintiff's Objection to the Bill of Costs is July 17, 2026;
8. Stephanie A. Garabedian, Esq., counsel of records for Defendants, was out of the office due to illness beginning July 10, 2026 through July 14, 2026;
9. The Parties have agreed to extend the deadlines for Defendants' Reply in Support of the Motion for Attorney's Fees and Response to Plaintiff's Objection to the Bill of Costs by one week to July 24, 2026; and

///

///

///

///

///

///

///

///

///

10. This is the Parties' first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

DATED this 16th day of July, 2026.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Stephanie A. Garabedian, Esq.*
Stephanie Garabedian, Esq.
Nevada Bar No. 9612
8337 W. Sunset Rd., Suite 220
Las Vegas, NV 89113
*Attorneys for Defendants, Statebridge Company LLC and Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust I*

HOMEOWNER RELIEF LAWYERS

*/s/ Dale K. Kleven, Esq.*
Dale K. Kleven, Esq.
Nevada Bar No. 7778
7455 W. Azure Drive, Suite 130
Las Vegas, NV 89130
*Attorneys for Plaintiff, Elena Espino*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

Dated: July 16, 2026